# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 104 MM 2023

            Respondent                 :

            v.                     :

CHRISTOPHER LEE SCHWENK,       :

            Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2024, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.

      Justice McCaffery did not participate in the consideration or decision of this matter.